R. A. MARTIN, Appellant, v. F. E. TURN-
BOW, Appellee.

No. 3412.

Court of Civil Appeals of Texas. El Paso.

Sept. 10, 1936.

Touchstone, Wight, Gormley & Price, of
Dallas, for appellant.

Truett, Abernathy & Wolford, of Mc-
Kinney, for appellee.

PELPHREY, Chief Justice.

The facts being identical in this case with
those in Martin v. Turnbow (Tex.Civ.App.)
96 S.W.(2d) 730, this day decided, refer-
ence is here made to that case for the rea-
sons governing the disposition of this case.

The judgment is affirmed.